# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 5:19-cv-00415-NC |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| INFINITE LOOP SUNNYVALE HOTEL LLC, | |
| Defendant. | |

Upon Joint Motion and good cause shown,

IT IS HEREBY ORDERED dismissing the above case; each party to bear their own fees and costs.

DATED this __28th__ day of _____May_____, 2019.

_____
Judge of the U.S District Court

GRANTED
Judge Nathanael M. Cousins